UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR - 4 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) **4:18CR00289 JAR/SPM**
)
v. )
) No.
KYLE G. MARTIN and )
AUSTIN V. BENSON, )
)
)
Defendants. )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about February 6, 2017, within the Eastern District of Missouri,

**KYLE G. MARTIN and AUSTIN V. BENSON,**

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together with one or more other persons known and unknown to the Grand Jury to commit the following offenses against the United States: (a) to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

The quantity of methamphetamine involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably

foreseeable to him, is 500 grams or more, punishable under Title 21, United States Code, Section 841(b)(1)(A)(viii).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63101
(314) 539-2200